IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:15CR232-1
:
TERRY MICHAEL CANFIELD :

The Grand Jury charges:

From on or about December 1, 2014, continuing up to and including on or about April 22, 2015, the exact dates to the Grand Jurors unknown, in the County of Forsyth, in the Middle District of North Carolina, TERRY MICHAEL CANFIELD knowingly did receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

A TRUE BILL:

FOREPERSON

_____
ERIC L. IVERSON
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

FILED JUN 29 2015